UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

              -against-

Nathaniel Crosky

                                   Defendant(s).
-------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-CR-    (   ) (   )

Defendant __Nathaniel Crosky_____ hereby voluntarily consents to participate in the following proceeding via _x_ videoconferencing or _x_ teleconferencing:

__X__ Initial Appearance Before a Judicial Officer

_____ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

_____ Bail/Detention Hearing

_____ Conference Before a Judicial Officer

__S/ by the Court with consent__
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

__Nathaniel Crosky_____
Print Defendant's Name

__S/ by the Court with consent__
Defendant's Counsel's Signature

__Susan J. Walsh_____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

__9/9/2020m_____
Date

__[signature]_____
U.S. District Judge/U.S. Magistrate Judge